UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
September 13, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Noe Gerardo Morin., | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-17-2045 |
| | § | |
| Lorie Davis, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## Order of Adoption

On August 21, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (27) recommending that the court deny Noe Morin's petition for writ of habeas corpus. Morin filed objections. (28) The court denies Morin's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed September 13, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge